**STATE of Missouri, Respondent,**

v.

**Gregory HARRIS, Appellant.**

**Nos. WD 50123, WD 51269.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Gregory Harris appeals his convictions for one count of trafficking in the first degree and one count of unlawful use of a weapon. He also appeals the denial of his Rule 29.15 motion. We affirm the convictions and the denial of post-conviction relief. Rules 30.25(b) and 84.16(b).